### No. 2735.—Louis Haselmeyer *v.* William H. McLellan.

In a damage suit, if the verdict of the jury is not supported by the evidence it will be set aside on appeal, and judgment will be given for such amount as the evidence sustains.

APPEAL from the Sixth District Court, parish of Orleans.  *Cooley*, J.  *Breaux & Fenner* and *Hornor & Benedict,* for plaintiff and appellant.  *R. Shackelford,* for defendant and appellee.

This case was tried by a jury in the court below.

Ludeling, C. J.  The plaintiff, who styles himself an escamateur and legerdemain performer, sued the defendant for damages resulting from the breaking, by the minor son of defendant, of a glass bell used by him in his performances. He claimed twenty-five hundred dollars. A jury rendered a verdict in his favor for one thousand dollars. The judge *a quo,* in refusing a new trial expressed himself as not satisfied with the verdict, but still refused a new trial and rendered judgment for the sum found by the jury. From this judgment the defendant has appealed. The testimony satisfies us that only the glass bell was broken and that the value thereof did not exceed one hundred dollars. Civil Code articles 2318, 2319, 2324.

It is therefore ordered and adjudged, that the verdict of the jury and the judgment of the court *a qua* be set aside, and that there be judgment in favor of the plaintiff against the defendant for one hundred dollars, with five per centum per annum interest from judicial demand and cost of the lower court. It is further ordered that the plaintiff and appellee pay costs of appeal.